JENKENS & GILCHRIST PARKER CHAPIN LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 704-6000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CENTURY PACIFIC, INC., et al., )
)
Plaintiffs, )
)
-against- )
)
HILTON HOTELS CORPORATION, et al., )
)
Defendants. )

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

**Beth Friedman**, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age, and resides in Woodmere, New York.

On February 20, 2004 deponent caused copies of the Reply Memorandum of Law in Support of Motion to Dismiss to be served via Federal Express, overnight mail, on the parties listed below:

        King & Spalding LLP
        Dwight Davis, Esq.
        118 Avenue of the Americas
        New York, New York 10036

        King & Spalding LLP
        C.L. Reichman, Esq.
        191 Peachtree Street
        Atlanta, GA 30303

NEWYORK 960098v1 61037-00001

-2-

                    Hon. Shira A. Scheindlin
                    United States District Court
                    Daniel Patrick Moynihan Courthouse
                    500 Pearl Street
                    New York, NY  10007


                                      *s/Beth Friedman*
                                      Beth Friedman

Sworn to before me this
_26th day of February, 2004


*s/Lucille A. Ortiz*
      Notary Public
Notary No. OR4722675