

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTURY PACIFIC, INC.,
BECKER ENTERPRISES, INC.,

                    Plaintiffs,

-against-

HILTON HOTELS CORPORATION, DOUBLETREE
CORPORATION, RED LION HOTELS, INC.,

                    Defendants.

03 Civ. 8258 (KMK)

**NOTICE OF MOTION TO ADMIT SARAH O. JORGENSEN *PRO HAC VICE***

PLEASE TAKE NOTICE that upon the annexed affidavit of Sarah O. Jorgensen in support of this motion and the Certificate of Good Standing annexed thereto, and the annexed affidavit of Dwight J. Davis, we will move this Court before the Honorable Judge Kenneth M. Karas at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Sarah O. Jorgensen, an attorney with the firm of King & Spalding LLP and member in good standing of the State Bar of Georgia, as attorney *pro hac vice* to argue or try the above-captioned case in whole or in part as counsel.

Dated: March 7, 2006

Respectfully submitted,

_____
Dwight J. Davis (4031928)
KING & SPALDING LLP
1185 Avenue of Americas
New York, New York 10036
Tel: (212) 556-2100

Counsel for Plaintiffs
Century Pacific, Inc. and
Becker Enterprises, Inc.

Case 1:03-cv-08258-RJS-GWG   Document 66   Filed 03/08/2006   Page 2 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTURY PACIFIC, INC.,
BECKER ENTERPRISES, INC.,

                Plaintiffs,

-against-

HILTON HOTELS CORPORATION, DOUBLETREE
CORPORATION, RED LION HOTELS, INC.,

                Defendants.

03 Civ. 8258 (KMK)

**AFFIDAVIT OF DWIGHT J. DAVIS IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF SARAH O. JORGENSEN**

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF _New York_ )

DWIGHT J. DAVIS, being duly sworn, deposes and says:

1. I am a partner with the firm of King & Spalding LLP, attorneys for plaintiffs.

2. I am a member in good standing of the Bar of the State of New York and of the United States District Court for the Southern District of New York. I respectfully submit this affidavit in support of the application of Sarah O. Jorgensen for an order, pursuant to Local Rule 1.3(c) of the Local Rules of this Court, admitting Sarah O. Jorgensen of the law firm of King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303, to the Bar of this Court to argue and try, in whole or in part, the above-captioned case on behalf of the plaintiffs.

3. The affidavit of Ms. Jorgensen is annexed hereto. Ms. Jorgensen is duly admitted to practice in the State of Georgia. Ms. Jorgensen is in good standing as a member of the State Bar

of Georgia, as is certified by the Certificate issued by the State Bar of Georgia, annexed to her affidavit.

    4. Ms. Jorgensen is familiar with the requirements of the Local Rules of this Court and particularly, that upon admission, she becomes subject to the disciplinary jurisdiction of this Court.

    5. A proposed order is annexed hereto for the Court's convenience.

    WHEREFORE, deponent respectfully requests that the motion for admission of Sarah O. Jorgensen *pro hac vice* be granted.

_____
Dwight J. Davis

Sworn to this 7th day of March, 2006

_____
Notary Public

1/30/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTURY PACIFIC, INC.,
BECKER ENTERPRISES, INC.,

                        Plaintiffs,         03 Civ. 8258 (KMK)

-against-                           **AFFIDAVIT OF SARAH O. JORGENSEN**

HILTON HOTELS CORPORATION, DOUBLETREE
CORPORATION, RED LION HOTELS, INC.,

                        Defendants.

STATE OF NORTH CAROLINA   )
                                   ss.:
COUNTY OF BUNCOMBE        )

SARAH O. JORGENSEN, being duly sworn, deposes and says:

I am an associate with the firm of King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303, attorneys for plaintiffs Century Pacific, Inc. and Becker Enterprises, Inc. in the above-captioned case. I submit this affidavit in support of my application for admission to the Bar of this Court *pro hac vice* to argue and try in whole or in part the above-captioned case on behalf of the plaintiffs.

I am duly admitted to practice in the State of Georgia. I am in good standing as a member of the State Bar of Georgia, as is certified by the annexed Certificate dated March 3, 2006.

I have never previously applied for admission to this Court, and I have never been disciplined or disbarred in any Court.

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Ms. Sarah O'Beirne Jorgensen
103 Rhonda Drive North
Mobile, AL 36608

**CURRENT STATUS:**     Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**     12/02/1996

**Attorney Bar Number: 541130**

Today's Date:     March 3, 2006

Listed below are the disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| NA | NA | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. The Attorney may upon application, if they so choose apply for admission to the Supreme, District and the Georgia Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in "**good standing**" as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**This document hereby certifies that the above-mentioned individual is a registered member of the State Bar of Georgia and is currently in good standing.**

**STATE BAR OF GEORGIA**

*Toni Peterson*
Toni Peterson
Official Representative of State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTURY PACIFIC, INC.,
BECKER ENTERPRISES, INC.,

                               Plaintiffs,          03 Civ. 8258 (KMK)

-against-

                                                   **ORDER**

HILTON HOTELS CORPORATION, DOUBLETREE
CORPORATION, RED LION HOTELS, INC.,

                              Defendants.

      The motion for admission of Sarah O. Jorgensen, *pro hac vice*, in the above-captioned matter is granted.

      The attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's office with the required fee.

Dated:  New York, New York
          March _____, 2006

                                                      _____
                                                      Hon. Kenneth M. Karas, U.S.D.J.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of March 2006, he caused a true and correct copy of the foregoing pleading to be served by first class mail, postage prepaid, to the following counsel of record:

Lee Stremba
JENKENS & GILCHRIST
PARKER CHAPIN, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
(212) 704-6000 (telephone)
(212) 704-6288 (facsimile)


Glenn Plattner
JENKENS & GILCHRIST, LLP
12100 Wilshire Boulevard
15th Floor
Los Angeles, CA 90025
(310) 820-8800 (telephone)
(310) 820-8859 (facsimile)

_____
Dwight J. Davis