UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

CENTURY PACIFIC, INC., ET ANO
            Plaintiff,

-against-

HILTON HOTELS CORPORATION, ET AL,
            Defendants.

ORDER SCHEDULING PRE-MOTION CONFERENCE

03 cv 8258 (RJS)

RICHARD J. SULLIVAN, District Judge:

      The Court hereby ORDERS that the parties appear for a pre motion conference in this case. The conference shall be held on March 5, 2008 at 10:00am in the United States Courthouse for the Southern District of New York, Courtroom 21C-500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    February 21, 2008
          New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE