# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Lee W. Stremba
lee.stremba@troutmansanders.com

Direct Dial: 212-704-6143
Direct Fax: 212-704-5962

February 27, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/08

**BY HAND DELIVERY**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   Century Pacific, Inc. v. Hilton Hotels Corporation
      Case No. 03 cv 8258 (RJS)

Dear Judge Sullivan:

    I am New York counsel for defendant Hilton Hotels Corporation ("Hilton"). Your honor has scheduled a pre-motion conference in this matter for March 5, 2008, at 10:00 am, relating to plaintiff Century Pacific, Inc.'s request for leave to file a motion for certification of issues for an interlocutory appeal. I intend to appear in person for the conference. However, in accordance with my discussion with Ms. Eileen Levine, I am respectfully submitting this letter to request that Hilton's principal trial counsel, Jon Solish, Esq. of Bryan Cave LLP, also be permitted to appear telephonically for the conference from his offices in Santa Monica, California.

    Mr. Solish and his colleagues at Bryan Cave are the principal draftsmen of Hilton's response to Century Pacific, Inc.'s letter request for leave to file the proposed motion, as well as the underlying summary judgment motions that would be at issue on the proposed interlocutory appeal. We think it would therefore be appropriate for Mr. Solish to participate in the conference to make sure that any questions the Court may have can be addressed completely and efficiently. However, given the obviously large expenditure of time and disbursements that would be required for a personal appearance in New York, we request Your Honor's permission for Mr.

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

The Honorable Richard J. Sullivan
February 27, 2008
Page 2


Solish to appear by telephone. If Your Honor so permits, I will confer with Ms. Levine concerning arrangements for the telephonic appearance.

Respectfully submitted,

Lee W. Stremba

cc:   Courtland L. Reichman, Esq.
      Dwight J. Davis, Esq.
      John Solish, Esq.
      Amos Alter

SO ORDERED
Dated: 2/29/08
RICHARD J. SULLIVAN
U.S.D.J.

1272695_1 DOC