# KING & SPALDING

1180 Peachtree Street, NE
Atlanta, Georgia 30309-3521
www.kslaw.com

Courtland L. Reichman
Direct Dial: (404) 572-4610
Direct Fax: (404) 572-5134
creichman@kslaw.com

February 29, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/5/08

MEMO ENDORSED

**BY UPS NEXT DAY AIR**

Ms. Eileen Levine
Case Manager
United States District Court
    Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

    Re:    **Century Pacific, Inc., et al. v. Hilton Hotels Corp., et al.
               Case No.:  03 Civ. 8258 (RJS)**

Dear Ms. Levine:

    We represent plaintiffs in the above-referenced matter, and are writing to follow up on our recent call with you concerning the rescheduling of the March 5, 2008 conference. We have conferred with counsel for defendants, and have confirmed that all parties are available on March 7, 2008 at 12:15 p.m. (eastern) for the pre-motion conference.

    Thank you again for accommodating plaintiffs' rescheduling request.

                                                      Sincerely,

                                                      Courtland L. Reichman

cc:    Mr. Jon Solish, counsel for Defendants (by electronic mail)
       Mr. Lee Stremba, counsel for Defendants (by electronic mail)

SO ORDERED
Dated: 3/3/08

RICHARD J SULLIVAN
U.S.D.J.

Counsel to call in 212-805-0264