**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CENTURY PACIFIC, INC., | : | **CASE NO. 03 Civ. 8258 (RJS)** |
| BECKER ENTERPRISES, INC., | : | |
| | : | **Honorable  Richard J. Sullivan** |
| Plaintiffs, | : | |
| | : | **DECLARATION OF GLENN J. PLATTNER IN SUPPORT OF HILTON HOTELS CORPORATION AND RED LION HOTELS, INC.'S OPPOSITION TO COUNTER-DEFENDANT'S MOTION IN LIMINE TO EXCLUDE INFORMATION** |
| v. | : | |
| | : | |
| HILTON HOTELS CORPORATION, | : | |
| DOUBLETREE CORPORATION, RED | : | |
| LIONS HOTELS, INC. | : | |
| Defendants. | | |

---

| | |
|---|---|
| HILTON HOTELS CORPORATION, RED | : |
| LION HOTELS, INC., | : |
| | : |
| | : |
| Counterclaimants, | : |
| | : |
| | : |
| v. | : |
| | : |
| CENTURY PACIFIC, INC., BECKER | : |
| ENTERPRISES, INC., | : |
| | : |
| Counter-defendants. | |

---

675307.1

**AFFIRMATION OF GLENN J. PLATTNER IN SUPPORT OF HILTON HOTELS CORPORATION AND RED LION HOTELS, INC.'S OPPOSITION TO CENTURY PACIFIC INC.'S MOTION IN LIMINE TO EXCLUDE INFORMATION**

**Glenn J. Plattner** affirms:

1.    I am an attorney at law admitted pro hac vice in this case, and am a shareholder at Bryan Cave LLP, the attorneys of record for Hilton Hotels Corporation ("Hilton") and Red Lion Hotels, Inc. ("Red Lion") in this matter.  I make this Affirmation in support of Hilton and Red Lion's Opposition to Century Pacific, Inc.'s ("Century") Motion in Limine to Exclude Information.  I am personally familiar with the relevant facts stated herein.

2.    At the time that Hilton and Red Lion filed their initial disclosures in January of 2004 and responded to the first set of interrogatories in April of 2004, they had not yet filed their counterclaim. As a result, no damages calculation was contained in the initial disclosures.  The counterclaim, however, listed the amount of damages being claimed to the nearest thousand dollars (i.e. it said approximately $36,000 for a specified time period whereas the exact amount was $36,629.26).  It was our belief that such damages were also calculable based on the invoices that were provided to Century and based on financial information in Century's possession.

3.    Hilton and Red Lion's initial disclosures listed 13 party employed individuals who might potentially have knowledge of discoverable information.  At the time of the initial disclosures, these were the anticipated party witnesses in this case.  Because of the recent departure from employment of many of the Hilton/Red Lion witnesses and because the case was simplified when the Court granted summary judgment in October of 2007, we listed five additional party employed witnesses in our pre-trial report.  For example, Art Coffey, who was the President of Red Lion and was involved in numerous issues relating to the sale of Red Lion which formed the basis of the now dismissed complaint, retired from Red Lion in February 2008.  It had been anticipated that Art Coffey (who was listed in the initial

2

disclosures) would be the primary Red Lion witness, but because of his departure and because of the dismissal of the complaint, his involvement as a witness is no longer needed. In his place, we have designated three Red Lion witnesses, who can testify as needed to the authenticity of invoices sent to Century, the fact that Century did not pay the invoices and the services provided by Red Lion to Century. Hilton was acquired by the Blackstone Group LP on October 24, 2007. Since then, several of the witnesses expected to testify on behalf of Hilton have or will be leaving the company. The additional Hilton witnesses are expected to testify regarding accounting issues that do not appear to be disputed by Century, based on their reply to the counterclaim where in they admit that the disputed amounts were not paid.

4.    The vast majority of the discovery in this case related to Century's complaint. Of the approximately thirty depositions taken by the parties, I do not recall a single question by Century of any Hilton/Red Lion witness, or non-party witnesses, regarding the facts supporting the counterclaim or how damages were calculated. For example, I attended the deposition of Art Coffey, the then President of Red Lion, and do not recall any questions by Century's counsel relating to the counterclaim. If Century did not ask the President of Red Lion about the counterclaim, I do not find its claim of prejudice credible or its claim that it would have taken depositions regarding the counterclaim if additional witnesses had been named or if a statement of damages had been provided.

5.    Collectively there were over a hundred interrogatories, document requests and other forms of written discovery served by the parties. Tens of thousands, if not hundreds of thousands of pages of documents were produced by the parties. Almost all of this discovery related to the issues in the complaint and not the counterclaim. For example, Century sent one request for production seeking all documents that "support, negate, or relate to" Hilton and Red Lion's counterclaim against Century. With the exception of this one document request, I am not aware of any additional written discovery

3

relating to Hilton and Red Lion's counterclaim. Until 2008 at the time of the mediation, I am not aware of any request for a statement of damages or any questions regarding how Hilton/Red Lion's damages, as set forth in the counterclaim, were calculated. We did receive a request for clarification regarding how Hilton/Red Lion calculated their damages in January of 2008. In response, I sent a spreadsheet to Century's counsel on January 18, 2008 which contained the details supporting the calculation. In the almost three months since that spreadsheet was sent to Century's counsel, we have not received any response or any request for additional information or clarification.

6.     Attached as Exhibit "A" are true and correct copies of the invoices referenced in Exhibit 13 to the joint pre-trial report. These invoices (Exhibit 13) were produced to Century during the ordinary course of discovery by WestCoast (the parent to Red Lion). When I was preparing the pre-trial statement, I had been unable to find these pages in the production, so we provided additional copies to Century's counsel with new Hilton Bates numbers. Additionally, I have reviewed Century's productions in this case and found many of these same invoices in the documents that Century produced, which demonstrates to me that Century has had these invoices the entire time.

I affirm, under penalty of perjury of the laws of the United States and the State of New York, that the foregoing is true and correct.

Executed on April ___, 2008.

GLENN J. PLATTNER

675307.1

4

# EXHIBIT
# A

Location #8OO65

STATEMENT OF ACCOUNT FOR RED LION HOTEL COLORADO SPRINGS DOWNTOWN, CO

This is a statement of your account at 12/31/01 according to our records, including your current month billing.  PLEASE COMPARE THE BALANCES ON THIS STATEMENT TO YOUR RECORDS TO ENSURE THAT ALL PAYMENTS HAVE BEEN PROCESSED. Disregard any invoices which are not yet due, or dates may differ on your invoice copy and this statement due to a system discrepancy. For payment terms and as the invoice, please refer to the bottom of each invoice. All invoices should be paid in full, unless disputed in writing, within 15 days of invoice date. If your records do not agree, you have questions or require invoice copies, please contact your Collection Coordinator, Waukena Bell at 901/374-5412 or Waukena_Bell@Hilton.com.

| Invoice Type | Invoice Date | Invoice Number | Amount |
|---|---|---|---|
| Miscellaneous | 8/31/2001 | 00234754 | 1,040.28 |
| Miscellaneous | 8/31/2001 | 00234755 | 565.72 |
| Miscellaneous | 9/30/2001 | 00238110 | 9,425.25 |
| Franchise Fees | 10/31/2001 | 00241349 | 900.00 |
| Miscellaneous | 10/31/2001 | 00241350 | 893.62 |
| Miscellaneous | 10/31/2001 | 00241351 | 12.00 |
| Miscellaneous | 10/31/2001 | 00241352 | 325.00 |
| Miscellaneous | 10/31/2001 | 00241353 | 27.50 |
| Miscellaneous | 10/31/2001 | 00241354 | 22.00 |
| Miscellaneous | 10/31/2001 | 00241823 | 8,459.62 |
| Franchise Fees | 11/30/2001 | 00246272 | 3,301.00 |
| Miscellaneous | 11/30/2001 | 00246273 | 107.50 |
| Miscellaneous | 11/30/2001 | 00246274 | 107.50 |
| Miscellaneous | 11/30/2001 | 00246275 | 22.00 |
| Miscellaneous | 11/30/2001 | 00246276 | 12.00 |
| Miscellaneous | 11/30/2001 | 00246277 | 150.00 |
| Miscellaneous | 11/30/2001 | 00246278 | 140.00 |
| Miscellaneous | 11/30/2001 | 00246279 | 24.75 |
| Miscellaneous | 11/30/2001 | 00246280 | 44.00 |
| Miscellaneous | 11/30/2001 | 00246281 | 107.50 |
| Miscellaneous | 11/30/2001 | 00246753 | 5,639.35 |
| Franchise Fees | 12/31/2001 | 00250905 | 1,430.00 |
| Miscellaneous | 12/31/2001 | 00250906 | 1,480.00 |
| Franchise Fees | 12/31/2001 | 00251224 | 3,687.67 |

Account Balance    36,629.26

Please send payments to: Hilton Hotels, Inc., Department 117, P.O. Box 357, Memphis, TN, 38101.

CONFIDENTIAL

WC05328



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

INVOICE #:    00234754
INVOICE DATE:    8/31/01
CUSTOMER NUMBER:    80065
INVOICE TYPE:    MISC

MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,    TN  38101

BILL TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs    CO  80905

SHIP TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs    CO  80905

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL Revenue Management Team Billings | 1,040.28 | .00 |
| Sub-Total . . . . | 1,040.28 | .00 |
| Invoice Total | 1,040.28 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

**REPORTING/ADJUSTMENT INSTRUCTIONS**

**MAILING/INQUIRY INSTRUCTIONS**
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

**CONFIDENTIAL**

COLLECTOR

WC05329



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

INVOICE #:   00234755
INVOICE DATE:   8/31/01
CUSTOMER NUMBER:      80065
INVOICE TYPE:   MISC

MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,                TN   38101

BILL TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

SHIP TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL Sales and Marketing Conversion | 565.72 | .00 |
| Sub-Total . . . : | 565.72 | .00 |
| Invoice Total | 565.72 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

REPORTING/ADJUSTMENT INSTRUCTIONS

MAILING/INQUIRY INSTRUCTIONS
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

**CONFIDENTIAL**

COLLECTOR

WC05331



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

Invoice # :        238110
Invoice Date :     9/30/01
Location # :       80065

MAIL CHECK TO:

| HILTON HOTELS CORPORATION |
| Department 117 |
| P.O. Box 357 |
| Memphis,        TN  38101 |

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs      CO   80905

Current Month Bill:    9,425.25
Delinquent Charges:          .00
Total Due:    9,425.25

--------------------------------------------------------------------------------

| ROOMS | 202 | | GROSS ROOMS REVENUE | 157,087.56 | | |
| COOP-Red Lion | | 9/01 | 0.5000 % | of Rooms Revenue | 785.44 | .00 |
| Marketing | | 9/01 | 3.5000 % | of Rooms Revenue | 5,498.06 | .00 |
| Royalties | | 9/01 | 2.0000 % | of Rooms Revenue | 3,141.75 | .00 |

Curr. Month Bill :    9,425.25              .00

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

**REPORTING/ADJUSTMENT INSTRUCTIONS**

**MAILING/INQUIRY INSTRUCTIONS**
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

**CONFIDENTIAL**

FRANCHISE CREDIT

WC05333



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,                    TN    38101

INVOICE #:    00241349
INVOICE DATE:    10/31/01
CUSTOMER NUMBER:    80065
INVOICE TYPE:    MISC

BILL TO:                                          SHIP TO:

RED LION HOTELS                                   RED LION HOTELS
COLORADO SPRINGS, CO                              COLORADO SPRINGS, CO
314 W. Bijou Street                               314 W. Bijou Street

Colorado Springs        CO  80905                 Colorado Springs        CO  80905

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Description | Amount | Tax Amount |
|---|---|---|
| CDSRL 2001 Annual Frame Relay | 900.00 | .00 |
| Sub-Total . . . : | 900.00 | .00 |
| Invoice Total | 900.00 | |

TERMS
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.


REPORTING/ADJUSTMENT INSTRUCTIONS


MAILING/INQUIRY INSTRUCTIONS
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.


CONFIDENTIAL


FRANCHISE CREDIT

WC05334



**Hilton**

HILTON HOTELS CORPORATION
MEMPHIS, TENNESSEE

INVOICE #:    00241350
INVOICE DATE:    10/31/01
CUSTOMER NUMBER:    80065
INVOICE TYPE:    MISC

```
MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,              TN    38101
```

BILL TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO    80905

SHIP TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO    80905

--------------------------------------------------------------------------

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL Revenue Conversion | 893.62 | .00 |
| Sub-Total . . . : | 893.62 | .00 |
| Invoice Total | 893.62 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

**REPORTING/ADJUSTMENT INSTRUCTIONS**

**MAILING/INQUIRY INSTRUCTIONS**
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN; 38117, (901)374-5420.

CONFIDENTIAL

FRANCHISE CREDIT

WC05335

# Hilton

**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

INVOICE #:    00241351
INVOICE DATE:    10/31/01
CUSTOMER NUMBER:    80065
INVOICE TYPE:    MISC

MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,                    TN    38101

BILL TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO   80905

SHIP TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO   80905

----------------------------------------------------

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL Red Lion Airline Mileage - August | 12.00 | .00 |
| Sub-Total . . . : | 12.00 | .00 |
| Invoice Total | 12.00 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

**REPORTING/ADJUSTMENT INSTRUCTIONS**

**MAILING/INQUIRY INSTRUCTIONS**
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

## CONFIDENTIAL

FRANCHISE CREDIT

WC05336



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

MAIL CHECK TO:

| | |
|---|---|
| INVOICE #: 00241352 | HILTON HOTELS CORPORATION |
| INVOICE DATE: 10/31/01 | |
| CUSTOMER NUMBER: 80065 | Department 117 |
| INVOICE TYPE: MISC | P.O. Box 357 |
| | Memphis, TN 38101 |

BILL TO:                                          SHIP TO:

RED LION HOTELS                                   RED LION HOTELS
COLORADO SPRINGS, CO                              COLORADO SPRINGS, CO
314 W. Bijou Street                               314 W. Bijou Street

Colorado Springs      CO  80905                   Colorado Springs      CO  80905

------------------------------------------------------------------------------

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL Red Lion Collateral - June | 325.00 | .00 |
| | | |
| Sub-Total . . . : | 325.00 | .00 |
| Invoice Total | 325.00 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

**REPORTING/ADJUSTMENT INSTRUCTIONS**

**MAILING/INQUIRY INSTRUCTIONS**
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

**CONFIDENTIAL**

**FRANCHISE CREDIT**

WC05337



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

INVOICE #:   00241353
INVOICE DATE:   10/31/01
CUSTOMER NUMBER:        80065
INVOICE TYPE:   MISC

MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,              TN   38101

BILL TO:                                              SHIP TO:

RED LION HOTELS                                      RED LION HOTELS
COLORADO SPRINGS, CO                                 COLORADO SPRINGS, CO
314 W. Bijou Street                                  314 W. Bijou Street

Colorado Springs      CO  80905                      Colorado Springs    CO  80905

--------------------------------------------------------------------------------

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL Red Lion Internet Reservations - August | 27.50 | .00 |
| | | |
| Sub-Total . . . : | 27.50 | .00 |
| Invoice Total | 27.50 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

REPORTING/ADJUSTMENT INSTRUCTIONS

MAILING/INQUIRY INSTRUCTIONS
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

**CONFIDENTIAL**

FRANCHISE CREDIT

WC05338



### HILTON HOTELS CORPORATION
### MEMPHIS, TENNESSEE

INVOICE #:   00241354
INVOICE DATE:   10/31/01
CUSTOMER NUMBER:     80065
INVOICE TYPE:   MISC

MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,          TN   38101

BILL TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs          CO   80905

SHIP TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs          CO   80905

-------------------------------------------------------------

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL Red Lion Internet Reservations - July | 22.00 | .00 |
| Sub-Total . . . : | 22.00 | .00 |
| Invoice Total | 22.00 | |

TERMS
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

REPORTING/ADJUSTMENT INSTRUCTIONS

MAILING/INQUIRY INSTRUCTIONS
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

## CONFIDENTIAL

FRANCHISE CREDIT

WC05339



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

MAIL CHECK TO:

| HILTON HOTELS CORPORATION |
| Department 117 |
| P.O. Box 357 |
| Memphis,          TN  38101 |

Invoice # :           241823
Invoice Date :     10/31/01
Location # :         80065

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs      CO   80905

|  | | | Current Month Bill: | 8,459.62 |
|---|---|---|---|---|
|  | | | Delinquent Charges: | .00 |
|  | | | Total Due: | 8,459.62 |

| ROOMS | 202 | GROSS ROOMS REVENUE | 140,993.71 | | |
|---|---|---|---|---|---|
| COOP-Red Lion | 10/01 | 0.5000 % of Rooms Revenue | 704.97 | .00 |
| Marketing | 10/01 | 3.5000 % of Rooms Revenue | 4,934.78 | .00 |
| Royalties | 10/01 | 2.0000 % of Rooms Revenue | 2,819.87 | .00 |

Curr. Month Bill :     8,459.62          .00

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

**REPORTING/ADJUSTMENT INSTRUCTIONS**

**MAILING/INQUIRY INSTRUCTIONS**
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

**CONFIDENTIAL**

FRANCHISE CREDIT

WC05340



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

INVOICE #:   00246272
INVOICE DATE:   11/30/01
CUSTOMER NUMBER:        80065
INVOICE TYPE:   MISC

MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,                TN   38101

BILL TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

SHIP TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL 2002 AAA Advertising - HMS | 3,301.00 | .00 |
| Sub-Total . . . : | 3,301.00 | .00 |
| Invoice Total | 3,301.00 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

**REPORTING/ADJUSTMENT INSTRUCTIONS**

**MAILING/INQUIRY INSTRUCTIONS**
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

**CONFIDENTIAL**

COLLECTOR

WC05341



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

INVOICE #:   00246273
INVOICE DATE:   11/30/01
CUSTOMER NUMBER:        80065
INVOICE TYPE:   MISC

MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,                    TN  38101

BILL TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

SHIP TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL HSA November | 107.50 | .00 |
| Sub-Total . . . : | 107.50 | .00 |
| Invoice Total | 107.50 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

**REPORTING/ADJUSTMENT INSTRUCTIONS**

**MAILING/INQUIRY INSTRUCTIONS**
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

**CONFIDENTIAL**

COLLECTOR

WC05342



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

INVOICE #:  00246274
INVOICE DATE:  11/30/01
CUSTOMER NUMBER:        80065
INVOICE TYPE:  MISC

MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,                TN    38101

BILL TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

SHIP TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

--------------------------------------------------------------------------------

| Description | Amount | Tax Amount |
|---|---|---|
| CDSRL HSA October | 107.50 | .00 |
| Sub-Total . . . : | 107.50 | .00 |
| Invoice Total | 107.50 | |

TERMS
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

REPORTING/ADJUSTMENT INSTRUCTIONS

MAILING/INQUIRY INSTRUCTIONS
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

CONFIDENTIAL

COLLECTOR

WC05343



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

INVOICE #:   OO246275
INVOICE DATE:.  11/30/O1
CUSTOMER NUMBER:        80065
INVOICE TYPE:    MISC

```
MAIL CHECK TO:
HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,              TN   38101
```

BILL TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

SHIP TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL Intermet Reservations | 22.00 | .00 |
| Sub-Total . . . : | 22.00 | .00 |
| Invoice Total | 22.00 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

**REPORTING/ADJUSTMENT INSTRUCTIONS**

**MAILING/INQUIRY INSTRUCTIONS**
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

COLLECTOR

CONFIDENTIAL

WC05344



**Hilton**

HILTON HOTELS CORPORATION
MEMPHIS, TENNESSEE

INVOICE #:    00246276
INVOICE DATE:    11/30/01
CUSTOMER NUMBER:          80065
INVOICE TYPE:    MISC

MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,              TN    38101

BILL TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs          CO  80905

SHIP TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs          CO  80905

----------------------------------------------------------------------

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL Airline Mileage | 12.00 | .00 |
| Sub-Total . . . . | 12.00 | .00 |
| Invoice Total | 12.00 | |

TERMS
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

REPORTING/ADJUSTMENT INSTRUCTIONS

MAILING/INQUIRY INSTRUCTIONS
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

COLLECTOR

CONFIDENTIAL

WC05345



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

INVOICE #:   OO246277
INVOICE DATE:   11/30/01
CUSTOMER NUMBER:        80065
INVOICE TYPE:   MISC

MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,                TN   38101

BILL TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

SHIP TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

--------------------------------------------------------------------------

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL RL Storage Fullfilment Jul-Sep | 150.00 | .00 |
| Sub-Total . . . : | 150.00 | .00 |
| Invoice Total | 150.00 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

REPORTING/ADJUSTMENT INSTRUCTIONS

MAILING/INQUIRY INSTRUCTIONS
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

COLLECTOR

CONFIDENTIAL                    WC05346



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis.                    TN    38101

INVOICE #:    00246278
INVOICE DATE:    11/30/01
CUSTOMER NUMBER:        80065
INVOICE TYPE:    MISC

BILL TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

SHIP TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs        CO  80905

--------------------------------------------------------------------

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL Club Redemption | 140.00 | .00 |
| Sub-Total . . . : | 140.00 | .00 |
| Invoice Total | 140.00 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

REPORTING/ADJUSTMENT INSTRUCTIONS

MAILING/INQUIRY INSTRUCTIONS
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

COLLECTOR

CONFIDENTIAL

WC05347



**Hilton**

HILTON HOTELS CORPORATION
MEMPHIS, TENNESSEE

INVOICE #:    00246279
INVOICE DATE:    11/30/01
CUSTOMER NUMBER:    80065
INVOICE TYPE:    MISC

MAIL CHECK TO:

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,    TN    38101

BILL TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs    CO  80905

SHIP TO:

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs    CO  80905

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL Internet Reservations | 24.75 | .00 |
| Sub-Total . . . : | 24.75 | .00 |
| Invoice Total | 24.75 | |

TERMS
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

REPORTING/ADJUSTMENT INSTRUCTIONS

MAILING/INQUIRY INSTRUCTIONS
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

COLLECTOR

CONFIDENTIAL

WC05348



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

MAIL CHECK TO:

INVOICE #:   0024628O
INVOICE DATE:   11/30/01
CUSTOMER NUMBER:        80065
INVOICE TYPE:   MISC

HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,                    TN    38101

BILL TO:                                          SHIP TO:

RED LION HOTELS                                   RED LION HOTELS
COLORADO SPRINGS, CO                              COLORADO SPRINGS, CO
314 W. Bijou Street                               314 W. Bijou Street

Colorado Springs      CO  80905                   Colorado Springs      CO  80905

-----------------------------------------------------------------------------------

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL Internet Reservations | 44.00 | .00 |
| | | |
| Sub-Total . . . : | 44.00 | .00 |
| Invoice Total | 44.00 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

**REPORTING/ADJUSTMENT INSTRUCTIONS**

**MAILING/INQUIRY INSTRUCTIONS**
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

COLLECTOR

CONFIDENTIAL

WC05349



**HILTON HOTEL CORPORATION**
**MEMPHIS, TENNESSEE**

Invoice #:    246281
Invoice Date:    ######## 11/30/01
Location #:    80065

MAIL CHECK TO:

HILTON HOTELS, INC.
DEPARTMENT 117
MEMPHIS, TN  38150

BILL TO:

| | | | SHIP TO: | |
|---|---|---|---|---|
| Name | Red Lion Hotels | | Name | Red Lion Hotels |
| ATTN: | Accounts Payables | | ATTN: | Accounts Payables |
| Address | 314 W. Bijou Street | | Address | 314 W. Bijou Street |
| City, State · Zip | Colorado Springs, CO 80905 | | City, State  Zip | Colorado Springs, CO 80905 |

| Description | Amount |
|---|---|
| CDSRL HAS December | $107.50 |

**TERMS**

ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 15TH OF THE FOLLOWING MONTH, WHETHER OR NOT AN INVOICE IS ISSUED.  AMOUNTS NOT PAID WHEN DUE WILL ACCRUE INTEREST BEGINNING ON THE FIRST DAY OF THE MONTH FOLLOWING THE DUE DATE, WHEN APPLICABLE, AT ONE AND ONE-HALF PERCENT PER MONTH, BUT NOT TO EXCEED THE MAXIMUM INTEREST PERMITTED BY APPLICABLE LAW.  THE CHARGES AND/OR ASSESSMENTS SHOWN ON THIS INVOICE ARE BASED ON THE TERMS OF A HAMPTON INN LICENSE AGREEMENT, LICENSE COMMITMENT, OR LEASE CONTRACT OR OTHER CONTRACTS OR AGREEMENTS OF PROMUS HOTELS, INC.

**MAILING/INQUIRY INSTRUCTIONS**

RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE. DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

**INVOICE**

CONFIDENTIAL

WC05350



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

Invoice # :        246753
Invoice Date :   11/30/01
Location # :      80065

```
┌─────────────────────────────────────────┐
│           MAIL CHECK TO:                  │
│ HILTON HOTELS CORPORATION                 │
│                                           │
│ Department 117                            │
│ P.O. Box 357                              │
│                                           │
│ Memphis,              TN  38101           │
└─────────────────────────────────────────┘
```

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs     CO   80905

|  |  |  | Current Month Bill: | 5,497.97 |
| --- | --- | --- | --- | --- |
|  |  |  | Delinquent Charges: | 141.38 |
|  |  |  | Total Due: | 5,639.35 |

| ROOMS | 202 |  | GROSS ROOMS REVENUE |  | 91,632.95 |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- |
| COOP-Red Lion |  | 11/01 | 0.5000 % | of Rooms Revenue |  | 458.16 | 11.78 |
| Marketing |  | 11/01 | 3.5000 % | of Rooms Revenue |  | 3,207.15 | 82.47 |
| Royalties |  | 11/01 | 2.0000 % | of Rooms Revenue |  | 1,832.66 | 47.13 |
|  |  |  |  | Curr. Month Bill : |  | 5,497.97 | 141.38 |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

**REPORTING/ADJUSTMENT INSTRUCTIONS**

**MAILING/INQUIRY INSTRUCTIONS**
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

**FRANCHISE CREDIT**

CONFIDENTIAL

WC05351



### HILTON HOTELS CORPORATION
### MEMPHIS, TENNESSEE

INVOICE #:    OC250905
INVOICE DATE:    12/31/01
CUSTOMER NUMBER:    80065
INVOICE TYPE:    MISC

```
                                          MAIL CHECK TO:
                          ┌──────────────────────────────────────┐
                          │ HILTON HOTELS CORPORATION             │
                          │                                       │
                          │ Department 117                        │
                          │ P.O. Box 357                          │
                          │                                       │
                          │ Memphis,                  TN   38101  │
                          └──────────────────────────────────────┘
```

BILL TO:                                SHIP TO:

RED LION HOTELS                         RED LION HOTELS
COLORADO SPRINGS, CO                    COLORADO SPRINGS, CO
314 W. Bijou Street                     314 W. Bijou Street

Colorado Springs        CO  80905       Colorado Springs        CO  80905

--------------------------------------------------------------------------------

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL RL Collateral  11/1-11/29 | 130.00 | .00 |
| Sub-Total . . . : | 130.00 | .00 |
| Invoice Total | 130.00 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

**REPORTING/ADJUSTMENT INSTRUCTIONS**

**MAILING/INQUIRY INSTRUCTIONS**
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

FRANCHISE CREDIT

CONFIDENTIAL

WC05352



**HILTON HOTELS CORPORATION**
**MEMPHIS, TENNESSEE**

MAIL CHECK TO:

| |
|---|
| HILTON HOTELS CORPORATION |
| Department 117 |
| P.O. Box 357 |
| Memphis,                    TN    38101 |

```
INVOICE #:    00250906
INVOICE DATE:    12/31/01
CUSTOMER NUMBER:        80065
INVOICE TYPE:    MISC
```

BILL TO:                                      SHIP TO:

RED LION HOTELS                               RED LION HOTELS
COLORADO SPRINGS, CO                          COLORADO SPRINGS, CO
314 W. Bijou Street                           314 W. Bijou Street

Colorado Springs        CO 80905              Colorado Springs        CO 80905

-----------------------------------------------------------------------------

| Description | Amount | Tax Amount |
|---|---|---|
| COSRL Quality Evaluation Program | 1,485.00 | .00 |
| | | |
| Sub-Total . . . : | 1,485.00 | .00 |
| Invoice Total | 1,485.00 | |

**TERMS**
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

**REPORTING/ADJUSTMENT INSTRUCTIONS**

**MAILING/INQUIRY INSTRUCTIONS**
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

**FRANCHISE CREDIT**

**CONFIDENTIAL**

WC05371



**Hilton**

HILTON HOTELS CORPORATION
MEMPHIS, TENNESSEE

Invoice # :          251224
Invoice Date :      12/31/01
Location # :          80065

MAIL CHECK TO:
HILTON HOTELS CORPORATION

Department 117
P.O. Box 357

Memphis,                TN  38101

RED LION HOTELS
COLORADO SPRINGS, CO
314 W. Bijou Street

Colorado Springs     CO   80905

Current Month Bill:     3,419.40
Delinquent Charges:        268.27
Total Due:     3,687.67

| ROOMS | 202 | | GROSS ROOMS REVENUE | | 56,990.11 | | |
|---|---|---|---|---|---|---|---|
| COOP-Red Lion | | 12/01 | 0.5000 % | of Rooms Revenue | | | |
| Marketing | | 12/01 | 3.5000 % | of Rooms Revenue | | 284.95 | 22.35 |
| Royalties | | 12/01 | 2.0000 % | of Rooms Revenue | | 1,994.65 | 156.49 |
| | | | | | | 1,139.80 | 89.43 |

Curr. Month Bill :     3,419.40            268.27

TERMS
ALL CHARGES AND/OR ASSESSMENTS ON THIS INVOICE ARE DUE AND PAYABLE ON OR BEFORE THE 30TH OF THE FOLLOWING MONTH.

REPORTING/ADJUSTMENT INSTRUCTIONS

MAILING/INQUIRY INSTRUCTIONS
RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT, MADE PAYABLE TO PROMUS HOTELS, INC., TO THE ADDRESS ABOVE.
DIRECT INQUIRIES TO FRANCHISE CREDIT, PROMUS HOTEL CORPORATION, 755 CROSSOVER LANE, MEMPHIS, TN, 38117, (901)374-5420.

FRANCHISE CREDIT

CONFIDENTIAL

WC05372

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing DECLARATION OF

GLENN J. PLATTNER IN SUPPORT OF HILTON HOTELS CORPORATION AND

RED LION HOTELS, INC.'S OPPOSITION TO COUNTER-DEFENDANT'S MOTION IN

LIMINE TO EXCLUDE INFORMATION on all parties, by causing true and correct copies

thereof to be e-mailed to, and deposited in the U.S.Mail, postage prepaid, to:

> Dwight J. Davis
> KING & SPALDING LLP
> 1185 Avenue of the Americas
> New York, New York 10036
> **ddavis@kslaw.com**
>
> Courtland L. Reichman
> Natasha H. Moffit
> KING & SPALDING LLP
> 1180 Peachtree Street
> Atlanta, Georgia 30309
> **creichman@kslaw.com**
> **nmoffitt@kslaw.com**

Dated: April 7, 2008

_____
Lee W. Stremba

| | 1 | |
|---|---|---|