# KING & SPALDING

1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
(404) 572-4600
www.kslaw.com

Courtland L. Reichman
Direct Dial: (404) 572-4610
Direct Fax: (404) 572-5135
creichman@kslaw.com

April 9, 2008



**VIA UPS NEXT DAY AIR**

The Honorable Richard J. Sullivan
United States District Court
    Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

      **Re:** *Century Pacific, Inc., et al. v. Hilton Hotels Corp., et al.*, 03 Civ. 8258 (RJS)

Dear Judge Sullivan:

In accordance with the Court's March 25, 2008 Order, we submit this letter on behalf of plaintiff Century Pacific, Inc. on the status of the parties' discussions concerning a possible stipulated judgment. The parties have continued to discuss this issue, but have not yet resolved how best to structure such a stipulation. From Century Pacific's perspective, it would be helpful to have two additional days (until Friday, April 11) to allow the parties to continue their discussions.

Respectfully submitted,

KING & SPALDING LLP

*Courtland L. Reichman*

Courtland L. Reichman

Attorney for Plaintiff
CENTURY PACIFIC, INC.

*Request granted.*

SO ORDERED.
Date: 4/11/08
RICHARD J. SULLIVAN
U.S.D.J.

cc:   Mr. Lee W. Stremba, counsel for Defendants (via electronic mail)
      Mr. Jonathan C. Solish, counsel for Defendants (via electronic mail)
      Mr. Dwight J. Davis