# KING & SPALDING

1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
(404) 572-4600
www.kslaw.com

Courtland L. Reichman
Direct Dial: (404) 572-4610
Direct Fax: (404) 572-5135
creichman@kslaw.com

April 14, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED

4/15/08

**BY HAND DELIVERY**

The Honorable Richard J. Sullivan
United States District Court
   Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

    Re:   *Century Pacific, Inc., et al. v. Hilton Hotels Corp., et al.*, 03 Civ. 8258 (RJS)

Dear Judge Sullivan:

    We submit this letter on behalf of plaintiff Century Pacific, Inc. and defendants Hilton Hotels Corporation and Red Lion Hotels, Inc. (collectively, "Defendants") to report on the status of the parties' discussions concerning a possible stipulated judgment.

    The parties have engaged in ongoing discussions of this issue, but need an additional week to finalize the terms concerning how such a stipulation should be structured. The parties therefore jointly request an additional week (through and including April 21, 2008) to continue their discussions. The parties will advise the Court, on or before April 21st, whether they were able to finalize the stipulation.

    Thank you for your consideration of this request.

Respectfully submitted,

KING & SPALDING LLP

*Courtland L. Reichman*

Courtland L. Reichman
Attorney for Plaintiff
CENTURY PACIFIC, INC.

**SO ORDERED**
Dated: 4/15/08
RICHARD J. SULLIVAN
U.S.D.J.

cc:   Mr. Lee W. Stremba, counsel for Defendants (via electronic mail)
       Mr. Jonathan C. Solish, counsel for Defendants (via electronic mail)
       Mr. Dwight J. Davis