

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CENTURY PACIFIC, INC., ET ANO**
          **Plaintiff,**

     -against-

**HILTON HOTELS CORPORATION,**
**ET AL,**
          **Defendants.**

**ORDER**

03 cv 8258 (RJS)

RICHARD J. SULLIVAN, District Judge:

The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

ORDERED, that a telephone status conference in this matter is set for June 10, 2008 at 2:30pm. Once all parties are on the conference line, they can call chambers at 212-805-0264.

Dated: May 29, 2008
       New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE