USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CENTURY PACIFIC, INC., and BECKER
ENSTERPRISES, INC.,                          :     03 Civ. 8258 (RJS)

        Plaintiffs,                        :     **STIPULATION AND
                                                   ORDER OF SEVERANCE
        -against-                          :     AND DISMISSAL, AND
                                                   AMENDING CAPTION**

HILTON HOTELS CORP., DOUBLETREE           :
CORP., and RED LION HOTELS, INC.,
                                            :
        Defendants.
----------------------------------------X

    **IT IS HEREBY STIPULATED,** that:

    1.    The claims by Becker Enterprises, Inc., as plaintiff, and against it as counterclaim defendant, are severed and dismissed with prejudice, and Becker Enterprises, Inc. is severed as a party and dismissed from the action, without costs to any party.

    2.    The caption is amended to read:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CENTURY PACIFIC, INC.,                       :

        Plaintiff,                         :     03 Civ. 8258 (RJS)

        -against-                          :

HILTON HOTELS CORP., DOUBLETREE           :
CORP., and RED LION HOTELS, INC.,
                                            :
        Defendants.
----------------------------------------X

3. Nothing herein prejudices any claim by plaintiff Century Pacific, Inc., against defendants or any of them, or any counterclaim by defendants or any of them against Century Pacific, Inc.

KING & SPALDING, LLP

By: _____
Dwight J. Davis, Esq.
Courtland Reichman, Esq.
1185 Avenue of the Americas
New York, NY 10036
212-556-2303

*Attorneys for Plaintiffs*

TROUTMAN SANDERS LLP

By: _____
Lee W. Stremba, Esq.
Amos Alter, Esq.
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
212-704-6000

Glenn J. Plattner, Esq.
Jonathan Solish, Esq.
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90101
310-576-2100

*Attorneys for Defendants*

**SO ORDERED:**
New York, New York
~~May~~ June 12, 2008

_____
Hon. Richard J. Sullivan, U.S.D.J.