# KING & SPALDING

1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
(404) 572-4600
www.kslaw.com

Natasha H. Moffitt
Direct Dial: (404) 572-2783
Direct Fax: (404) 572-5134
nmoffitt@kslaw.com

July 3, 2008

**VIA FACSIMILE**
**CONFIRMATION VIA U.S. MAIL**

The Honorable Richard J. Sullivan
United States District Court
  Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

Re:  *Century Pacific, Inc., et al. v. Hilton Hotels Corp., et al.*, 03 Civ. 8258 (RJS)

Dear Judge Sullivan:

In response to Ms. Levine's request, we submit this letter on behalf of plaintiff Century Pacific, Inc. and defendants Hilton Hotels Corporation and Red Lion Hotels, Inc. to notify the Court in writing that the parties have reached a settlement in principle that will resolve the issues for trial. The parties therefore jointly request that the Court postpone today's hearing to allow the parties sufficient time to finalize a settlement agreement. The parties respectfully submit that going forward with today's hearing will materially disrupt the settlement. The parties will notify the Court on or before July 18, 2008 concerning the status of their settlement.

We understand from our call with chambers this morning that the Court has cancelled today's hearing in light of the parties' settlement. Please let us know as soon as possible if the Court decides upon receiving this letter to go forward with the hearing today.

Thank you for your consideration of the parties' request.

Respectfully submitted,

KING & SPALDING LLP

Natasha H. Moffitt

Natasha H. Moffitt

Attorney for Plaintiff
CENTURY PACIFIC, INC.

SO ORDERED
Dated: 7/3/08
RICHARD J. SULLIVAN
U.S.D.J.

cc:  Mr. Lee W. Stremba, counsel for Defendants (via electronic mail and U.S. mail)
     Mr. Jonathan C. Solish, counsel for Defendants (via electronic mail and U.S. mail)