**MEMO ENDORSED**

**KING & SPALDING**

1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
(404) 572-4600
www.kslaw.com

Natasha H. Moffitt
Direct Dial: (404) 572-2783
Direct Fax: (404) 572-5134
nmoffitt@kslaw.com

August 5, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/08

**BY HAND DELIVERY**

The Honorable Richard J. Sullivan
United States District Court
  Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re:   *Century Pacific, Inc., et al. v. Hilton Hotels Corp., et al.*, 03 Civ. 8258 (RJS)

Dear Judge Sullivan:

We submit this letter on behalf of plaintiff Century Pacific, Inc. and defendants Hilton Hotels Corporation, Doubletree Corporation, and Red Lion Hotels, Inc. to notify the Court on the status of the parties' settlement. The parties have exchanged a second draft of the settlement agreement and need some additional time to finalize the language of the agreement. The parties therefore jointly request an additional two weeks to finalize and execute the agreement, and propose that they notify the Court on or before August 19, 2008 concerning the status of their settlement.

Thank you for your consideration of the parties' request.

Respectfully submitted,

KING & SPALDING LLP

Natasha H. Moffitt

Attorney for Plaintiff
CENTURY PACIFIC, INC.

8/6/08
RICHARD J. SULLIVAN
U.S.D.J.

cc:   Mr. Lee W. Stremba, counsel for Defendants (via electronic mail and U.S. mail)
      Mr. Jonathan C. Solish, counsel for Defendants (via electronic mail and U.S. mail)