# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309-3521
www.kslaw.com

Courtland Reichman
Direct Dial: 404-572-4610
Direct Fax: 404-572-5100
creichman@kslaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/08

August 19, 2008



**HAND DELIVERY**

The Honorable Richard J. Sullivan
United States District Court
    Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

    Re:    *Century Pacific, Inc., et al. v. Hilton Hotels Corp., et al.*, 03 Civ. 8258 (RJS)

Dear Judge Sullivan:

    We submit this letter on behalf of plaintiff Century Pacific, Inc. and defendants Hilton Hotels Corporation, Doubletree Corporation, and Red Lion Hotels, Inc. to notify the Court on the status of the parties' settlement. The parties are very close to finalizing the language of the agreement and would benefit from some additional time to get it done. The parties therefore jointly request additional time to finalize the language of the agreement, and propose that they notify the Court on or before September 5, 2008 concerning the status of their settlement.

    Thank you for your consideration of the parties' request.

Respectfully submitted,

KING & SPALDING LLP

*/s/ Courtland Reichman*

Courtland Reichman

Attorney for Plaintiff
CENTURY PACIFIC, INC.

*Handwritten endorsement:* The parties shall submit a joint status letter by September 5, 2008. In the event that this action has not settled by then, the parties are to appear for a conference on 9/8/08 at 9:00 am. SO ORDERED. Dated: 8/20/08. RICHARD J. SULLIVAN, U.S.D.J.

cc:    Mr. Lee W. Stremba, counsel for Defendants (via electronic mail and U.S. Mail)
        Mr. Jonathan C. Solish, counsel for Defendants (via electronic mail and U.S. mail)

*MEMO ENDORSED*