UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CENTURY PACIFIC, INC., *et al.*,

  Plaintiffs,

-v-

HILTON HOTELS CORP., *et al.*,

  Defendants.

---

No. 03 Civ. 8258 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

It having been reported to the Court that this action has been resolved,

IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this Order, any party may apply by letter within the thirty day period for restoration of this action to the calendar of the undersigned, in which event the action will be restored. Additionally, in light of the foregoing, no status conference regarding this matter will be held on September 8, 2008.

SO ORDERED.

DATED:  September 5, 2008
    New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE